1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10     CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION
11
12
13
14
15  ANTHONY ALAN McGEE,          ) ED CV 12-1722-CJC (SH)
                                 )
16                               ) ORDER ACCEPTING REPORT AND
              Petitioner,        ) RECOMMENDATION OF UNITED
17                               ) STATES MAGISTRATE JUDGE
                                 )
18      v.                       )
                                 )
19  M.D. BITER, WARDEN,          )
                                 )
20              Respondent.      )
    _____ )
21
22        Pursuant to 28 U.S.C. Section 636(b)(1))(c), the court has reviewed the
    Petition, all of the records and files herein and the attached Report and
23
    Recommendation of the United States Magistrate Judge, and has made a de novo
24
    determination of the Report and Recommendation.  The court concurs with and
25
    accepts the conclusions of the Magistrate Judge.
26
          IT IS ORDERED that the Petition is denied, and the action is dismissed with
27
    prejudice.
28

                                    1

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,

2    the Magistrate Judge's Report and Recommendation and the Judgment herein by the

3    United States mail on petitioner and counsel for Respondent.

4        LET JUDGMENT BE ENTERED ACCORDINGLY.

5    DATED: February 21, 2013

6

7

8    _____

9        CORMAC J. CARNEY
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28